IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. CIV-09-079-FHS |
| ) | |
| DAVID L. BAILEY, ) | |
| ) | |
| Defendant. ) | |

## AGREED JUDGMENT

This matter comes on for consideration this 15th day of April, 2009, the Court being informed in the premises and it appearing that the Defendant waives all service of process and agrees to the indebtedness to the United States of America as set forth herein, and in accordance therewith,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff, United States of America[1], is awarded judgment against the Defendant for the recovery of the sum of $4,937.48, including principal in the amount of $3,212.47 and accrued interest in the amount of $1,725.01, as of September 23, 2008, plus interest accruing on the principal at the rate of 5.82% per annum from September 24, 2008 until date of judgment, plus costs including fees of the court clerk, plus interest on the judgment at the legal rate of .60 percent per annum from the date of the judgment until paid.

Frank H. Seay
United States District Judge

APPROVED:

SHELDON J. SPERLING
United States Attorney

/s/ *Cheryl R. Triplett*          /s/ *David L. Bailey*
CHERYL R. TRIPLETT               DAVID L. BAILEY
Assistant United States Attorney  1600 Delta Ct.
1200 West Okmulgee Avenue         Idabel, OK 74745-2503
Muskogee, OK 74401-6848
(918) 684-5115                    Defendant

---

[1] This document was prepared by the United States Attorney's Office ("USAO") for the Eastern District of Oklahoma. The Plaintiff, United States of America, is represented by Cheryl R. Triplett, Assistant U. S. Attorney on behalf of the United States Attorney's Office, Department of Justice. The Department of Justice, USAO or Cheryl Triplett do not represent the Defendant and the interests of the United States are adversarial to those of the Defendant. The Defendant should retain his or her own attorney.